===============================================================================

# * * * * * UNITED STATES DISTRICT COURT * * * * *

## _NORTHERN_ DISTRICT OF _NEW YORK_

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO 1:09-CV-01150 (LEK/RFT)**

---

KIM GORHAM a/k/a KIM DIMAGGIO,

                Plaintiff,

  -against-

BANK OF AMERICA, N.A.,
BAC HOME LOAN SERVICING, LP,

                Defendants.

---

          **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **XX**    **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendants as against the plaintiff, in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated April 28, 2010.


**DATE:**   April 28, 2010                        **_LAWRENCE K. BAERMAN_**
                                                                     CLERK OF THE COURT

                                                                     *Scott A. Snyder*
                                                                       **Courtroom Deputy to the**
                                                                       **Honorable Lawrence E. Kahn**